AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF\_\_NEVADA\_\_\_\_\_

WILLIAM C. TAO,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-cv-00293-BES-RAM**

RANDALL REIS, et al.,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Notice of Intention to Dismiss pursuant to FRCP 4(m), Docket number 10.

  February 13, 2008                  **LANCE S. WILSON**
                                                 Clerk

                                                /s/  Katie Lynn Ogden
                                                   Deputy Clerk